

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2013

No. 04-13-00062-CV

**IN THE INTEREST OF L.L.M. AND S.M.M., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-00439
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:   Karen Angelini, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice

   This is an appeal from an order terminating Janie M.'s rights to her children in a suit filed by the Texas Department of Family and Protective Services. This appeal is ultra-accelerated. *See* TEX. R. JUD. ADMIN. 6.2(a) (requiring appellate courts, so far as reasonably possible, to dispose of an appeal from a termination order within 180 days of the date the notice of appeal is filed).

   On appeal, Janie M. contends the trial court erred by failing to designate in its termination order the ground or grounds upon which it terminated her parental rights. *See* TEX. FAM. CODE ANN. § 161.001(1) (West 2008 & Supp. 2012). Janie M. asks us to abate this appeal, and to remand this case to the trial court for findings. Under the Texas Family Code, the trial court may terminate a party's parental rights but only if it finds, by clear and convincing evidence, at least one of the statutory grounds for termination, and that termination is in the child's best interest. *Id.* § 161.001, 161.206(a). In addition, rule 306 of the Texas Rules of Civil Procedure provides that in a suit for termination of the parent-child relationship "the judgment must state the specific grounds for termination." *See* TEX. R. CIV. P. 306. Here, the trial court's written order of termination fails to state the specific ground or grounds for termination.

   We, therefore, ABATE this appeal, and REMAND this case to the trial court. *See* TEX. R. APP. P. 44.4 (requiring the appellate court to direct the trial court to correct remediable error that prevents the proper presentation of a case to the court of appeals). We ORDER the trial court to make written supplemental findings stating the specific ground or grounds for termination under section 161.001(1) **no later than Monday, July 8, 2013**. We FURTHER ORDER the Bexar County District Clerk to file a supplemental record containing the trial court's findings no later

than **July 15, 2013**. Finally, we ORDER Janie M., the appellant, to file supplemental briefing, if any, **on or before July 29, 2013**, and we ORDER the appellee to file supplemental briefing, if any, **on or before August 12, 2013**. Because of the ultra-accelerated nature of this appeal, no extensions of time will be granted.

It is so **ORDERED** on June 27, 2013.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court